IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA     :
                             :
                             :  Case No. 7:24-CR-18
v.                           :
                             :
EVAN STRAUSS                 :
    a/k/a "Reaper," "Kobe Deonsons"  :

## FACTUAL BASIS

This Statement of Facts briefly summarizes the facts and circumstances surrounding the criminal conduct at issue in this case. It does not contain all of the information obtained during the investigation and applicable to an accurate Presentence Investigation Report and Sentencing Guidelines Calculation. This Statement of Facts is not protected by proffer agreement or any other agreement and shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary, including, but not limited to, Federal Rules of Evidence 408 and 410 and Federal Rule of Criminal Procedure 11.

The defendant, EVAN STRAUSS, is a 26-year-old resident of Moneta, Virginia. STRAUSS, while using the online moniker "Reaper," was the head of an online group called Purgatory. In this group, members performed various internet crimes against members of the public and each other. This included "doxing," "SWATting," and various forms of manipulation. STRAUSS oversaw many of these incidents, and, as part of his participation in the group, solicited Minor A[1] and ~~other minor girls to create child pornography, which STRAUSS would post in the Purgatory chats.~~ STRAUSS would also distribute evidence of the group's activities to legal authorities, often as "payback" to members of the group. STRAUSS used a computer in his home in Moneta, which is within the Western District of Virginia, for his online activities.

Minor A was a 17-year-old girl from Wyoming. Minor A struggled with mental health issues and engaged in self-harm, all of which STRAUSS knew, including Minor A's age. Around November 1, 2023, STRAUSS and Minor A met online and entered into an intimate relationship. Over the course of this relationship, STRAUSS would repeatedly use the phone and computer (which are facilities of interstate commerce) to harass and intimidate Minor A and to place Minor A under surveillance with the intent to harass and intimidate her. This was part of the group's typical activities, but no one forced or manipulated STRAUSS into doing this to Minor A. While this was part and parcel of the group dynamic, STRAUSS knew this would cause Minor A distress. STRAUSS made threats against Minor A and members of her family, including that he would hurt

---

[1] Although Minor A is no longer a minor, she will be referred as such in this Stipulation of Facts given her age at the time of the conduct.

*Defendant's Initials:* ____

or kill members of her family, have her sisters removed from their home, and that he would SWAT her house. To demonstrate that he was aware of the details of Minor A's family life, STRAUSS would reveal to Minor A pieces of information that he knew about her and members of her family.

STRAUSS threatened Minor A and convinced her to cut herself (including carving "Reaper" into her thigh) so that she could show her loyalty to "Reaper" and to the group of Purgatory. This caused scarring on Minor A's leg. He also asked her to send nude photos, which she did not always agree to do, and to masturbate for him, which she ultimately did on video with STRAUSS, which he recorded. STRAUSS took pictures of the cuts on Minor A's legs and threatened to send them to the Wyoming Department of Family Services ("DFS") if she did not do what he asked of her. He ultimately did send the photos of her legs to DFS.

Around December 19, 2023, Minor A began dating Individual 1. When STRAUSS learned this, he tried to get Minor A to break up with Individual 1, including by posting a collage on Instagram full of pictures of members of Minor A's family and pieces of information about Minor A and her family.

On December 22, 2023, STRAUSS reported to DFS that Minor A was sending nude photos to people online and was engaging in self-harm. DFS subsequently responded to Minor A's home to perform a welfare check.

On January 1, 2024, Minor A was part of a call with STRAUSS, Individual 1, and another member of Purgatory, Individual 2. Individual 2 threatened to swat Minor A, but STRAUSS intervened on her behalf. STRAUSS subsequently asked Minor A to send him a picture of her vagina with "Reaper owns my pussy" written on it, as an expression of gratitude for his earlier help warding off Individual 2. Minor A sent STRAUSS the explicit photo on Snapchat with the language written on her pubic mound.

On January 2, 2024, STRAUSS and Minor A engaged in an Instagram.live chat, during which STRAUSS asked Minor A to masturbate with a hairbrush. STRAUSS then used a screen recording app to surreptitiously record Minor A masturbating. Minor A masturbated at STRAUSS's request and has stated she did so as a result of STRAUSS's threats against her. Given STRAUSS'S previous actions and connections to the group "Purgatory," Minor A was afraid that, should she not engage in this action with STRAUSS, she or her family would be "SWATted" or worse and thus potentially killed. "SWATting" is a term wherein someone calls emergency services threatening violence so that SWAT teams are dispatched to a particular location, armed and looking for threats.

Minor A has stated that STRAUSS's course of conduct from November 2023 to January 2024 caused her substantial emotional distress. STRAUSS intended to distress Minor A when he sent photos of, and information about, her to DFS.

Defendant's Initials: *ED*

On January 24, 2024, a search warrant was conducted at STRAUSS's house in Moneta. Among the items recovered in this warrant was a cell phone belonging to SRAUSS, which contained the explicit picture that Minor A had sent to STRAUSS on January 1 and the recordings that STRAUSS had made of Minor A masturbating on January 2.

Seen and Agreed:

Date: ~~October~~ November 4, 2024

_____
Jason M. Scheff
Assistant United States Attorney

I have reviewed the above Agreed Statement of Facts with my attorney and I agree that it is true and accurate.

Date: ~~October~~ November 1, 2024

_____
Evan Strauss

_____
Beatrice Diehl, Esq.
Attorney for Defendant

*Defendant's Initials:* ___